IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD LEE KIRK,

        Petitioner,

  v.

R. A. BARNES,

        Respondent.
                                  /

No. C 09-04694 CW (PR)

ORDER OF TRANSFER

    Petitioner, a state prisoner, has filed a _pro se_ petition for a writ of habeas corpus in which he challenges the execution of his sentence. He seeks leave to proceed _in forma pauperis_ (IFP).

    A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. See _id._ Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See _Dannenberg v. Ingle_, 831 F. Supp. 767, 767 (N.D. Cal. 1993); _Laue v. Nelson_, 279 F. Supp. 265, 266 (N.D. Cal. 1968). But if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum. See Habeas L.R. 2254-3(a); _Dunne v. Henman_, 875 F.2d 244, 249 (9th Cir. 1989).

Petitioner is incarcerated at California Correction Center-Susanville California, which lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84.  Because Petitioner challenges the execution of his sentence, the Court hereby ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: 3/8/10

*Claudia Wilken*

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT<br>
FOR THE<br>
NORTHERN DISTRICT OF CALIFORNIA

Kirk,

    Plaintiff,

v.

Barnes, et al,

    Defendant.

Case Number: CV09-04694 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Lee Kirk D-32934
CG-124-L
Mule Creek State Prison
P.O. Box 409060
Ione, CA 95640

Dated: March 8, 2010

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

3